```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MARVEL ULUSLAR ARASI,
                                           1:08-cv-_____
          Plaintiff(s),

     -against-                             RULE 7.1 STATEMENT

TIANJIN TIANHONG FORWARDING CO. LTD.;
TIANJIN INTERNATIONAL MARINE SHIPPING
CO. LTD. and TIANHAI INDUSTRY COMPANY,

          Defendant(s).
-----------------------------------------X
```

PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, MARVEL ULUSLAR ARASI ("MARVEL") certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MARVEL.

Dated:   New York, NY
         March 21, 2008

                                   Respectfully submitted,

                                   MAHONEY & KEANE, LLP
                                   Attorneys for Plaintiff
                                   MARVEL ULUSLAR ARASI

                              By:  _____
                                   Edward A. Keane (EK 1398)
                                   111 Broadway, 10th Floor
                                   New York, NY 10006
                                   Tel. (212) 385-1422
                                   Fax (212) 385-1605
                                   File No. 12/3550

- 1 -